IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARION CRIGLER,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-0681 |
| ) | Judge Trauger |
| **GREG RICHARDSON,** *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |

___

| | |
|---|---|
| **GREG RICHARDSON,** *et al.*, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **GORDON & ASSOCIATES, CO. INC.,** *et al.* ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion to Re-open the Depositions of Vanessa Harris and Shayne Harris (Docket No. 150) is **DENIED** and the Motion to Dismiss filed by defendants Buzzi Unicem USA Inc. and Lone Star Industries, Inc. (Docket No. 196) is **GRANTED IN PART and DENIED IN PART.** Consistent with this, Count I (Clean Water Act) of the Third Amended Complaint is hereby **DISMISSED** as to Buzzi Unicem USA Inc. and Lone Star Industries, Inc.

Additionally, IMI Tennessee, Inc.'s Motion for an Extension of the Deadline for

Identification and Disclosure of its Experts and their Reports (Docket No. 172) is **GRANTED,** and IMIT is hereby provided 30 days from the date of this Order to identify and disclose its expert witnesses and their reports. As a housekeeping matter, the plaintiffs' Motion for Leave to File Reply Brief and For Oral Argument on the Motion to Re-Open Depositions (Docket No. 177) is **GRANTED** for the purposes of considering the material therein.

      Entered this 3rd day of June 2010.

                                                            ALETA A. TRAUGER
                                                            United States District Judge